No. 14,733.

RAP, EXECUTOR OF THE ESTATE OF RAP *v.* ELLIS.
(105 P. [2d] 1090)

Decided July 1, 1940.   Rehearing denied September 16, 1940.

Judgment affirmed en banc without written opinion.

Mr. GEORGE B. GOULD, for plaintiff in error.

Mr. ROBERT H. LAGRANGE, for defendant in error.